NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1762


EDWIN SPRIGGS, ET AL.

VERSUS

WINN-DIXIE LOUISIANA, INC.


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 80113,
HONORABLE GLENNON EVERETT, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*] Judges.


AFFIRMED IN PART; REVERSED IN PART, AND REMANDED.

David J. Calogero
Breaud & Lemoine
Post Office Box 3448
Lafayette, Louisiana 70502
(337) 266-2200
Counsel for Defendant/Appellee:
    Winn-Dixie Louisiana, Inc.

_____

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore.*

**S. Stephen Spring, II**
**Attorney at Law**
**8939 Jefferson Highway, Suite E**
**Baton Rouge, Louisiana  70809**
**(225) 932-9671**
**Counsel for Plaintiff/Appellant:**
    **Edwin Spriggs**
    **Rev. Donnie Bolden**
    **Calvin Broussard, Jr.**